Case 1:20-cv-03032-AMD-LKE    Document 1    Filed 07/04/20    Page 1 of 11 PageID #: 1

**\* ALL DEFENDANTS EXCEPT FOR REGINALD BARR REFUSED TO PROVIDE THEIR FIRST NAMES.**

Seen by the Pro Se Office 7/4/2020-KC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

20-CV-3032

DONNELLY, J.
GOLD, M.J.

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 0 4 2020 ★

**BROOKLYN OFFICE**

RUDY MENDOZA

_____

_____

Plaintiff,

[Insert full name of plaintiff/prisoner]

-against-

WARDEN D. EDGE

CAPTAIN J. WHITE

LUITENANT REGINALD BARR

SPECIAL INVESTIGATIVE SERVICES L. PORTNOY

_____

_____

Defendant(s).

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND

YES_____    NO _____

[Insert full name(s) of defendant(s). If you need additional
space, please write "see attached" and insert a separate
page with the full names of the additional defendants. The
names listed above must be identical to those listed in Part I]

I.    Parties: (In item A below, place your name in the first blank and provide your present
address and telephone number. Do the same for additional plaintiffs, if any.)

A.   Name of plaintiff **RUDY MENDOZA**

If you are incarcerated, provide the name of the facility and address:

METROPOLITAN DETENTION CENTER

P.O. BOX 329002

BROOKLYN, NEW YORK 11232

Prisoner ID Number: **90731-054**

if you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____

B.  List all defendants.  You must provide the full names of each defendant and the addresses at which each defendant may be served.  The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1      <u>D. EDGE</u>
Full Name

<u>WARDEN</u>
Job Title

<u>METROPOLITAN DETENTION CENTER, P.O. BOX 329002</u>

<u>BROOKLYN, NEW YORK, 11232</u>
Address

Defendant No. 2      <u>J. WHITE</u>
Full Name

<u>CAPTAIN</u>
Job Title

<u>METROPOLITAN DETENTION CENTER, P.O. BOX 329002</u>

<u>BROOKLYN, NEW YORK 11232</u>
Address

Defendant No. 3      <u>REGINALD BARR</u>
Full Name

<u>LIUTENANT</u>
Job Title

<u>METROPOLITAN DETENTION CENTER, P.O BOX 329002</u>

BROOKLYN, NEW YORK 11232
Address

Defendant No. 4        L. PORTNOY
                       Full Name

                       SPECIAL INVESTIGATIVE SERVICES TECHNICIAN
                       Job Title

                       METROPOLITAN DETENTION CENTER P.O. BOX 329002

                       BROOKLYN, NEW YORK 11232
                       Address

Defendant No. 5        _____
                       Full Name

                       _____
                       Job Title

                       _____

                       _____
                       Address

II.    **Statement of Claim:**

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? MDC BROOKLYN SPECIAL HOUSING UNIT,

RANGE 4, RANGE 3

When did the events happen? (include approximate time and date) BEGINNING MARCH 10TH 2020,

APRIL 28TH 2020 AT APP. 12:41 P.M

Facts: (what happened?) MR. RUDY MENDOZA IS AN INMATE CURRENTLY HOUSED AT THE METROPOLITAN DETENTION CENTER IN BROOKLYN ON A WRITTEN ORDER ISSUED BY THE SUPREME COURT. ON HIS ARRIVAL TO M.D.C HE WAS ESCORTED TO THE SPECIAL HOUSING UNIT BY LIEUTENANT V. TURNER AND GIVEN A DETENTION ORDER STATING THAT HE IS AN INMATE ON MAX CUSTODY STATUS AND NOT ALLOWED IN THE GENERAL POPULATION WITH THE REST OF THE INMATES. HE WAS PLACED IN SOLITARY CONFINEMENT LIEUTENANT MOVE AND RECREATION ALONE FOR AN INDETERMINATE AMOUNT OF TIME. SINCE HIS ARRIVAL ON 3/10/2020, MR. MENDOZA HAS BEEN DEPRIVED OF MEDICAL CARE, DENTAL, LAW LIBRARY, PERSONAL PROPERTY INCLUDING HIS LEGAL WORK, AS WELL AS COMMISSARY, TELEPHONE AND VISITATION PRIVILEGES. AND HAS BEEN SUBJECTED TO THE SAME PUNISHMENT GIVEN TO THE INMATES IN THE GENERAL POPULATION AFTER RECEIVING AN INCIDENT REPORT AND SANCTIONED BY A HEARING OFFICER TO 30-60 DAYS OF DESIGNATED SHU TIME. EXCEPT THAT UNLIKE MENDOZA, THOSE INMATES GET RELEASED BACK INTO GENERAL POPULATION WHILE MENDOZA REMAINS IN THE SHU UNDER BRUTAL CONDITIONS, DESPITE HIM MAINTAINING GOOD CONDUCT. MR. MENDOZA CONTENDS THAT THE BUREAU OF PRISONS LONG AGO DECIDED THAT INMATES NOT ALLOWED IN G.P SOLELY BECAUSE OF THEIR CLASSIFICA -TION SHOULD NOT BE SUBJECTED TO UNNECCESARY PUNISHMENT. ESPECIALLY WITH A CASE PENDING IN COURT. MR. MENDOZA FURTHER CONTENDS THAT HE CONTINUALLY ATTEMPTED TO ADDRESS HIS ISSUES VIA THE PRISON'S GRIEVANCE PROCEDURES BUT STAFF AT MDC BROOKLYN WERE UNCOOPERATIVE AND CONTINUALLY IGNORED HIS REQUESTS FOR THE FORMS TO FILE SUCH CLAIMS. AS WELL AS HIS SICK CALL SLIPS AND LAW LIBRARY REQUESTS WHICH THEN LED. (CONTINUED)

II.A.   Injuries.       If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required.  Was medical treatment received?

MR. MENDOZA SUSTAINED LACERATIONS AND BRUISES TO HIS FACE, HEAD, CHEST, BACK WRISTS AND LEGS AFTER THE 4/28/2020 BEATING. HE ALSO HAD A FRACTURED JAW AND NOSE AND WAS URINATING BLOOD FOR 3 DAYS. IMMEDIATELY AFTER THE BEATING MEDICAL STAFF APPLIED OINTMENTS AND BANDAGES TO HIS WRISTS AND FACE, NO OTHER TREATMENT WAS GIVEN.

( CONTINUATION )

TO MDC STAFF PHYSICALLY ASSAULTING HIM WHILE HANDCUFFED AND IN ANKLE RESTRAINTS. ON 4/28/2020 AT APP. 12:41 P.M AND THEN CONTINUED THEIR PHYSICAL ABUSE IN CELL 2, RANGE 3 WHILE MENDOZA REMAINED HANDCUFFED AND SHACKLED FOR OVER 24 HOURS WHILE IN A OBSERVATION CELL WERE THE CAMERA WAS INOPERATIVE. ON MAY 8, 2020 MR MENDOZA WAS ALLOWED A PHONECALL AND RECEIVED THE NEWS THAT HIS COUSIN HAD PASSED AWAY AND MENDOZA ATTEMPTED TO SEND $4,000 OUT OF HIS PRISON ACCOUNT TO HELP PAY FOR HIS COUSIN'S FUNERAL AND OTHER EXPENSES DUE TO THE CORONA VIRUS PANDEMIC. STAFF AGAIN WAS UNCOOPERATIVE AND UNWILLING TO ASSIST MENDOZA IN THAT MATTER. EVEN AFTER HE FILLED OUT AND HANDED THE FORM TO A PRISON COUNSELOR, EVERY WEEK AFTER DURING THE WARDEN'S WEEKLY ROUNDS IN THE SHU MENDOZA HAS ATTEMPTED TO ADDRESS THESE ISSUES AND THE WARDEN SIMPLY IGNORES HIM AS HE PASSES HIS CELL. MOST RECENTLY ON 6/7/2020 DURING ANOTHER PHONECALL WITH HIS SISTER, MENDOZA LEARNED THAT HIS GRANDFATHER WAS IN THE HOSPITAL ON A VENTILATOR WITH A 30 PERCENT CHANCE OF SURVIVING THE CORONA VIRUS. MENDOZA AGAIN ATTEMPTED TO SEND THE MONEY FROM HIS PRISON ACCOUNT BUT WARDEN EDGE WOULD'NT SIGN OFF ON IT. MENDOZA CLAIMS THAT BESIDES THE PHYSICAL PAIN HE ENDURED AT THE HANDS OF MDC STAFF WHEN THEY BEAT HIM WHILE HANDCUFFED AND SHACKLED, THE MENTAL ANGUISH HE'S SUFFERED BY NOT BEING ALLOWED TO COMMUNICATE WITH HIS LOVED ONES DURING THE COVID 19 PANDEMIC LIKE MOST INMATES WHO MAINTAIN A GOOD CONDUCT AS WELL AS THE DEPRIVATION OF MEDICAL, PERSONAL PROPERTY, LAW LIBRARY AND OTHER PRIVILEGES, THAT CLEARLY VIOLATE HIS CONSTITUTIONAL RIGHTS. MENDOZA INTENDS TO PROVE THAT WARDEN'S D. EDGE, CAPTAIN J. WHITE AND OTHERS REASONS FOR VIOLATING MENDOZA'S RIGHTS ARE PERSONAL AND RACIALLY MOTIVATED.

III.    Relief:  State what relief you are seeking if you prevail on your complaint.

MR. MENDOZA IS SEEKING MONETARY DAMAGES NOT YET DETERMINED, FOR ALL DEFENDANTS TO BE RELIEVED FROM THEIR POSTS TO PREVENT THEM FROM EVER COMMITTING CONSTITUTIONAL VIOLATIONS DURING THE COURSE OF THEIR EMPLOYMENT AND IF NOT YET ESTABLISHED WITH THE BUREAU OF PRISONS, A SET POLICY FOR INMATES UNDER THE SAME MAX CUSTODY STATUS AS MR. RUDY MENDOZA.

I declare under penalty of perjury that on __6/28/2020__ , I delivered this
(date)
complaint to prison authorities at __MDC BROOKLYN__ to be mailed to the United
(name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __6/28/2020__

__Rudy Mendoza__
Signature of Plaintiff

__METROPOLITAN DETENTION CENTER__
Name of Prison Facility or Address if not incarcerated

__P.O. BOX 329002__
__BROOKLYN, NEW YORK 11232__

Address

__90731-054__
Prisoner ID#

rev. 12/1/2015

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  JUL 0 4 2020  ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NEW YORK

RUDY MENDOZA #90731-054           DATE: 6/28/2020
METROPOLITAN DETENTION CENTER
        P.O. BOX 329002
BROOKLYN, NEW YORK, 11232

RE: SUBMITTING CIVIL RIGHTS COMPLAINT.

DEAR, MR. DOUGLAS C. PALMER.

ENCLOSED IS A COPY OF A CIVIL RIGHTS COMPLAINT FILED BY PRO-SE LITIGANT MR. RUDY MENDOZA. AS WELL AS THE PRISONER AUTHORIZATION FORM SIGNED BY MR. MENDOZA TO DEDUCT THE $350 FILING FEE FROM HIS PRISON TRUST FUND ACCOUNT.

MR. MENDOZA HOWEVER, CAUTIONS THE COURT THAT BECAUSE OF HIS EXTRAORDINARY TERM OF SOLITARY CONFINEMENT, WHICH HAS IMPEDED AND WILL CONTINUE TO IMPEDE HIS ABILITY TO ACCESS PRISON RESOURCES (ABOUT WHICH HE COMPLAINS IN HIS SUBMISSIONS), AS WELL AS HIS STYLE OF COMMUNICATION. SEE DELKER V. McCULLOUGH. 103 F. APP'X 694, 695 (3d CIR. 2004). AND STAFF AT MDC BROOKLYN UNWILLING AND UNCOOPERATIVE IN ASSISTING MR. MENDOZA EXHAUST THE PRISON'S GRIEVANCE PROCEDURES. MR. MENDOZA CONTENDS THAT HE'S ENDURED ENOUGH ABUSE AND MENTAL ANGUISH BY THE

(1)

NAMED DEFENDANT'S AND OTHERS YET TO BE NAMED IN AN AMENDED COMPLAINT. AND THUS, MOVES FORWARD WITH THE CIVIL RIGHTS COMPLAINT.

MR. MENDOZA FURTHER CONTENDS THAT BECAUSE OF HIS INITIAL ATTEMPTS TO FOLLOW PRISON GRIEVANCE PROCEDURES, AND MDC BROOKLYN STAFF'S UNCOOPERATIVENESS AND NEGLIGENCE IN ADDRESSING MR. MENDOZA'S NEEDS, INCLUDING THEIR INABILITY IN PROVIDING HIM WITH THE NECESSARY FORMS REQUIRED TO FILE SUCH GRIEVANCES, AND THE DEVASTATING LOSSES AND MENTAL ANGUISH HE'S SUFFERED WHILE IN SOLITARY CONFINEMENT DUE TO AMONGST MANY THINGS, THE CORONA VIRUS PANDEMIC. AS WELL AS THE PHYSICAL INJURIES HE SUSTAINED FROM A BEATDOWN BY MDC STAFF WHILE HANDCUFFED. HIS CLAIMS ARE NOW MORE APPROPRIATE FOR A DISTRICT COURT TO ADDRESS THAN PRISON GRIEVANCES.

LASTLY, MR MENDOZA REMINDS THE COURT THAT WHEN ADDRESSING THE CLAIMS OF A PRO SE LITIGANT, THE COURT HAS A SPECIAL OBLIGATION TO CONSTRUE HIS SUBMISSIONS LIBERALLY. SEE HIGGS V. ATT'Y GEN. 655 F.3d 333, 339 (3d CIR. 2011). THAT A PRO SE LITIGANT'S FILINGS ARE DIFFICULT TO UNDERSTAND DOES NOT RELIEVE A COURT OR OPPOSING COUNSEL OF THE DUTY TO DISCERN WHAT HE WISHES TO ADDRESS IN COURT.

WITH THAT BEING SAID MR. PALMER, MR MENDOZA KINDLY REQUESTS THAT HIS CIVIL RIGHTS COMPLAINT RECEIVES THE PROPER ATTENTION FROM YOUR OFFICE. DESPITE HIS INABILITY TO PROVIDE THE AMOUNT OF COPIES

(2)

REQUIRED, AS WELL AS THE FULL NAMES OF THE DEFENDANT'S. MR. MENDOZA CLAIMS THAT HE INTENDS TO CALL WITNESSES THAT WILL TESTIFY UNDER OATH ABOUT THE ABUSE AND NEGLIGENCE THAT INMATES SUCH AS HIMSELF ARE BEING SUBJECTED TO DURING THESE VERY HARD AND DARK TIMES THE ENTIRE WORLD IS LIVING THROUGH. THANK YOU VERY MUCH.

*Rudy Mendoza*

## CERTIFICATE OF SERVICE

I HEREBY SWEAR AND DECLARE UNDER PENALTY OF PERJURY THAT I MAILED A TRUE AND ACCURATE COPY OF THE FOREGOING TO THE PARTY ENCLOSED BELOW, BY AND THROUGH THE UNITED STATES POSTAL SERVICE.

RESPECTFULLY SUBMITTED:

*Rudy Mendoza*

DATE: 6/28/2020

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201
ATTN: PRO SE OFFICE.



Rudy Mendoza #90731-051

Metropolitan Detention center

P.O. BOX 329002

Brooklyn, new york 11232

united stat

for the easter

225 c

Brookly

N: pr

united stat

Legal

TUE 30 JUN 2020 08:33 PM
10001 AN :0080 Pedram
Merrjed PBDC NY 10001

7014 C