IN THE UNITED STATES DISTRICT COURT
for THE EASTERN DISTRICT of NEW YORK

RUDY MENDOZA — PLAINTIFF    DOCKET # 20-CV-03032
          VS.                        (AMD) (SMG)
WARDEN D. EDGE

WARDEN H. TELLEZ              — AMENDED COMPLAINT —

CAPTAIN J. WHITE

LIUTENANT REGINALD BARR              *Rec in P drive 1/4/21 rg

S.I.S TECHNICIAN L. PORTNOY

S.I.S TECHNICIAN FIELDS

JOHN DOE # 1

JOHN DOE # 2

JOHN DOE # 3 ——— DEFENDANTS



I. THE PARTIES:

A. THE PLAINTIFF: RUDY MENDOZA, ID # 90731-054

              UNITED STATES PENITENTIARY

                 P.O. BOX 1000

              LEWISBURG, PA 17837

B. LIST OF ALL DEFENDANTS:

DEFENDANT NO. 1: WARDEN D. EDGE

              METROPOLITAN DETENTION CENTER

                 P.O. BOX 329002

              BROOKLYN, NEW YORK, 11232

①

DEFENDANT NO.2 : WARDEN H.TELLEZ

METROPOLITAN DETENTION CENTER

P.O. BOX 329002

BROOKLYN, NEW YORK, 11232

DEFENDANT NO.3 : CAPTAIN J.WHITE

METROPOLITAN DETENTION CENTER

P.O. BOX 329002

BROOKLYN, NEW YORK, 11232

DEFENDANT NO.4 : LIUTENANT REGINALD BARR

METROPOLITAN DETENTION CENTER

P.O.BOX 329002

BROOKLYN, NEW YORK, 11232

DEFENDANT NO.5 : S.I.S TECHNICIAN L. PORTNOM

METROPOLITAN DETENTION CENTER

P.O.BOX 329002

BROOKLYN, NEW YORK, 11232

DEFENDANT NO.6 : S.I.S TECHNICIAN FIELDS

METROPOLITAN DETENTION CENTER

P.O.BOX 329002

BROOKLYN, NEW YORK, 11232

DEFENDANT NO.7 : JOHN DOE # 1

②

METROPOLITAN DETENTION CENTER

P.O. BOX 329002

BROOKLYN, NEW YORK, 11232


DEFENDANT NO. 8 : JOHN DOE # 2

METROPOLITAN DETENTION CENTER

P.O. BOX 329002

BROOKLYN, NEW YORK, 11232


DEFENDANT NO. 9 : JOHN DOE # 3

METROPOLITAN DETENTION CENTER

P.O. BOX 329002

BROOKLYN, NEW YORK, 11232


II. STATEMENT OF CLAIM :


WHERE DID THE EVENTS GIVING RISE TO CLAIMS OCCUR ? MDC BROOKLYN, SPECIAL HOUSING UNIT, RANGE 4, BARBER SHOP BULLPEN, RANGE 3


WHEN DID THE EVENTS HAPPEN ? BEGINNING MARCH 10, 2020, APRIL 28, 2020 AT APP. 12:41 P.M, MAY 8, 2020 (DURING MAINLINE) NOVEMBER 10, 2020 (DURING MAINLINE), OCTOBER 27, 2020


FACTS OF INCIDENTS : MR. RUDY MENDOZA WAS AN INMATE HOUSED AT MDC BROOKLYN. HE ARRIVED ON 3/10/2020 ON A WRITTEN ORDER ISSUED BY THE U.S SUPREME COURT. IMMEDIATELY AFTER ARRIVING HE WAS ASSIGNED

③

TO UNIT 72 ON THE SEVENTH FLOOR, BUT LESS THAN AN HOUR LATER DURING THE 4 O'CLOCK COUNT, LIUTENANT V. TURNER AND TWO OFFICERS ESCORTED HIM TO THE SHU AND HE WAS GIVEN A DETENTION ORDER STATING THAT HE WAS AN INMATE ON MAX CUSTODY STATUS AND NOT ALLOWED IN THE GENERAL POPULATION WITH THE REST OF THE INMATES. HE WAS PLACED ON SOLITARY CONFINEMENT, LIUTENANT MOVE AND RECREATION ALONE FOR AN INDETERMINATE AMOUNT OF TIME. SINCE HIS ARRIVAL MENDOZA WAS DEPRIVED OF MEDICAL CARE, DENTAL, LAW LIBRARY, PERSONAL PROPERTY (INCLUDING HIS LEGAL WORK) AS WELL AS COMMISSARY, TELEPHONE, VISITATION AND RECREATION PRIVILEGES, AND HE HAS BEEN SUBJECTED TO THE SAME PUNISHMENT GIVEN TO THE INMATES IN THE GENERAL POPULATION WHO RECEIVE INCIDENT REPORTS AND GET SANCTIONED BY A HEARING OFFICER TO 30-60 DAYS OF DESIGNATED SHU TIME. EXCEPT THAT UNLIKE MENDOZA, THOSE INMATES GET RELEASED BACK INTO G.P WHILE MENDOZA REMAINS IN THE SHU UNDER BRUTAL CONDITIONS DESPITE HIM MAINTAINING GOOD CONDUCT. MENDOZA CONTENDS THAT THE BUREAU OF PRISONS LONG AGO DECIDED THAT INMATES NOT ALLOWED IN G.P SOLELY BECAUSE OF THEIR CLASSIFICATION SHOULD NOT BE SUBJECTED TO UNNECCESARY PUNISHMENT. ESPECIALLY WITH A CASE PENDING IN COURT. MENDOZA FURTHER CONTENDS THAT HE CONTINUALLY ATTEMPTED TO ADDRESS HIS ISSUES VIA THE PRISON'S GRIEVANCE PROCEDURES BUT STAFF AT MDC NOT ONLY WERE UNCOOPERATIVE AND COMPLETELY IGNORED HIS REQUESTS FOR THE FORMS TO FILE HIS CLAIMS, AS WELL AS HIS LAW LIBRARY REQUESTS AND SICK CALL SLIPS, BUT ALSO, ON TWO SEPARATE OCCASIONS, THROUGH OTHER INMATES, MENDOZA GOT A HOLD OF THE BP-9 GRIEVANCE FORMS, BUT AFTER FILLING THEM OUT AND ADDRESSING THEM TO THE REGIONAL OFFICE, MONTHS PASSED AND HE NEVER GOT A RESPONSE.

④

MENDOZA HAD PREVIOUSLY ADDRESSED WARDEN EDGE VIA GRIEVANCE FORM BUT RECEIVED A VERBAL RESPONSE FROM HIM THE FOLLOWING WEEK DURING MAINLINE. WARDEN EDGE ASSURED MENDOZA THAT HE WOULD LOOK INTO EVERYTHING AS FAR AS MEDICAL, LAW LIBRARY AND HIS OUTGOING MAIL BEING TAMPERED WITH BUT STATED THAT HE WAS NOT GOING TO ALLOW HIM PERSONAL AND LEGAL PROPERTY, TELEPHONE, COMMISSARY AND VISITATION PRIVILEGES UNLESS CAPTAIN WHITE APPROVED. WARDEN O. EDGE RETIRED SOME TIME AROUND JULY OF 2020 BUT MENDOZA'S REQUESTS CONTINUED TO BE IGNORED AND HIS MAIL AND LEGAL MAIL CONDITIONS DRASTICALLY WORSENED. ON APRIL 28, 2020, MENDOZA WAS RECOVERING FROM COVID-19 LIKE SYMPTOMS WHEN A MASSIVE SHAKEDOWN IN THE SHU WAS ANNOUNCED, HE ALREADY KNEW THAT STAFF INCLUDED OFFICERS FROM OTHER FACILITIES THERE AS RELIEF DUE TO THE PANDEMIC, AS AN ACT OF DESPERATION AND KNOWING THAT IT WAS AGAINST RULES AND REGULATIONS, MENDOZA LIT A FIRE INSIDE HIS CELL PUTTING HIS LIFE AT RISK TO RECEIVE MEDICAL ATTENTION. MENDOZA HIMSELF SHOUTED FOR HELP, PRISON STAFF RUSHED TO HIS CELL AND AFTER EXTINGUISHING THE FIRE THEY ORDERED MENDOZA TO SUBMIT TO RESTRAINTS, MENDOZA IMMEDIATELY COMPLIED BUT AS SOON AS HE WAS HANDCUFFED AND THEY OPENED HIS CELL HE WAS SLAMMED FACE FIRST INTO THE CONCRETE FLOOR AND JOHN DOE #1 AND JOHN DOE #2 AND OTHERS STARTED PUNCHING MENDOZA IN THE FACE, HEAD AND TORSO, THEY DRAGGED HIM OUT OF THE RANGE AND INTO THE BARBER SHOP BULLPEN WHERE THEY CONTINUED TO BEAT HIM. S.I.S TECHNICIAN L. PORTNOY AND LIEUTENANT REGINALD BARR JOINED JOHN DOE'S #1 AND #2 IN THE ASSAULT. AFTERWARDS, MENDOZA WAS TAKEN TO CELL TWO IN RANGE #3 WHICH IS SUPPOSED TO BE AN OBSERVATION CELL, EXCEPT THE CAMERAS WERE INOPERABLE. HE WAS ON HAND RESTRAINTS WITH A STEEL CHAIN TIGHTLY

AROUND HIS WAISTE THAT IMPEDED HIM FROM EVEN SCRATCHING HIS FACE, AS WELL AS SHACKLES AROUND HIS ANKLES. LIUTENANT BARR, WHO WAS THE SHU LIUTENANT, ORDERED MENDOZA UNDER RESTRAINTS FOR 24 HOURS AND HE HIMSELF TOOK THE MATTRES IN THE CELL BEFORE LEAVING. OVER A MONTH LATER, MENDOZA WAS SERVED WITH AN INCIDENT REPORT FOR SETTING THE FIRE. AT THE HEARING, MENDOZA COMPLAINED THAT HE INTENDED TO CALL WITNESSES ON HIS BEHALF, LIUTENANT BARR AND THE HEARING OFFICER ACKNOWLEDGED THAT THE UDC REPORT, WHICH IS ESSENTIAL IN AN INCIDENT REPORT, WAS MISSING, AND THEREFORE DEPRIVED MENDOZA OF HIS RIGHT TO CALL WITNESSES, YET LIUTENANT BARR INSISTED TO THE HEARING OFFICER TO SANCTION MENDOZA ANYWAY, WHICH HE DID KNOWING THAT BECAUSE OF THE MISSING UDC REPORT MENDOZA WOULD BE UNABLE TO APPEAL THE INCIDENT REPORT. A WEEK AFTER THE ASSAULT, S.I.S TECHNICIAN L. PORTNOY AND CAPTAIN J. WHITE TOOK MENDOZA INSIDE OF A ROOM AND BEGAN INTERROGATING HIM ABOUT INCIDENTS THAT OCCURED WHILE MENDOZA WAS HOUSED AT U.S.P CANAAN. CAPTAIN WHITE STATED THAT HE WOULD NOT ALLOW HIM ANYTHING UNLESS HE PROVIDED HIM WITH INFORMATION, MENDOZA INSISTED THAT HE COULD NOT PROVIDE THEM WITH INFORMATION EVEN IF HE WANTED BECAUSE OF THE DANGER THAT IT WOULD PUT HIM IN. IN THE BEGINNING OF MAY, DURING A PHONECALL WITH HIS SISTER, MENDOZA LEARNED THAT HIS COUSIN HAD PASSED AWAY IN A CAR ACCIDENT. HE WAS TOLD THAT HIS FAMILY WAS STRUGGLING TO PAY FOR THE FUNERAL EXPENSES. MENDOZA, WHO'D BEEN SAVING MONEY IN HIS PRISON ACCOUNT DURING HIS EXTENSIVE TIME IN THE SHU, ATTEMPTED TO SEND $4,000 OUT OF HIS ACCOUNT TO HIS SISTER FOR SUPPORT. HE FILLED OUT THE MONEY FORM AND HANDED IT TO HIS

6

CASE MANAGER O. MEBANE, AND WAS TOLD THAT THE FORM WOULD HAVE TO BE APPROVED BY WARDEN D. EDGE, A WEEK LATER DURING MAINLINE, MENDOZA ASKED WARDEN EDGE ABOUT THE FORM AND WAS TOLD THAT HE NEVER RECEIVED IT. MENDOZA FILLED OUT ANOTHER ONE AND GAVE IT TO S.I.S PORTNOY, HE ATTEMPTED TO ASK WARDEN EDGE DURING HIS WEEKLY ROUNDS BUT HE WALKED PAST MENDOZA'S CELL COMPLETELY IGNORING HIM. THE MONEY NEVER LEFT HIS ACCOUNT. DURING A LATER PHONECALL WITH HIS SISTER, MENDOZA LEARNED THAT HIS GRANDFATHER HAD CONTRACTED COVID-19, HE'D BEEN OPTIMISTIC THAT HE WOULD SURVIVE IT, BUT BECAUSE HE WAS ONLY ALLOWED TWO PHONECALLS PER MONTH, THE NEXT TIME HE SPOKE TO HIS SISTER, HE LEARNED THAT HIS GRANDFATHER HAD DIED OF THE ILLNESS LESS THAN A WEEK AFTER HIS PREVIOUS PHONECALL. ONCE AGAIN MENDOZA ATTEMPTED TO SEND HIS SISTER MONEY TO HELP PAY FOR HIS GRANDFATHER'S FUNERAL AND TO HELP HIS FAMILY SURVIVE THE DIRE CIRCUMSTANCES MOST FAMILIES WERE UNDER DUE TO THE PANDEMIC. HIS MONEY FORM WAS AGAIN DENIED. MENDOZA ADDRESSED WARDEN TELLEZ ABOUT HIS ISSUES DURING HIS INITIAL WEEKLY ROUNDS AFTER REPLACING WARDEN EDGE. MENDOZA WAS SPECIFIC ABOUT HIS CHRONIC EYE DISEASE, THAT HE DESPERATELY NEEDED EYE GLASSES AND THAT HE WAS HAVING A HARD TIME EVEN GETTING EYE DROPS FROM MEDICAL STAFF, AND ABOUT THE SHARP PAIN IN HIS STOMACH DUE TO AN UNKNOWN LIVER CONDITION. MENDOZA ALSO ADDRESSED HIM ABOUT LAW LIBRARY AND HIS LEGAL MAIL VIOLATIONS WARDEN TELLEZ LISTENED BUT AFTER MENDOZA WAS DONE, HE SIMPLY SAID "ITS TOO BAD BUT YOU'RE NOT THE ONLY INMATE HERE". AND WALKED AWAY. MENDOZA ONCE AGAIN ATTEMPTED TO SEND MONEY TO HIS SISTER, HE HANDED THE FORM ONCE AGAIN TO HIS CASE MANAGER D. MEBANE DURING

⑦

MAINLINE WHO THEN HANDED THE FORM TO S.I.S TECHNICIAN FIELDS, THE FOLLOWING DAY, WHICH WAS EITHER THE 6TH OR 7TH OF NOVEMBER 2020, S.I.S FIELDS RETURNED TO MENDOZA'S CELL TO PERSONALLY TELL HIM THAT HE DENIED THE MONEY FORM. MENDOZA INTENDS TO PROVE THAT THE DEFENDANT'S ENGAGED IN A CONSPIRACY TO VIOLATE HIS CONSTITUTIONAL RIGHTS, AND THAT UNDER CAPTAIN J. WHITE'S RACIST AND PERSONAL VENDETTA, MENDOZA WAS SUBJECTED ALMOST NINE MONTHS OF PHYSICAL PAIN, MENTAL TORTURE AND ANGUISH BEYOND REPAIR.

III. A. INJURIES: MENDOZA SUFFERS FROM A CHRONIC EYE DISEASE CALLED KERATOCONUS, A YET UNKNOWN LIVER CONDITION, AND A TOOTHACHE, AND SUSTAINED LACERATIONS, BRUISES TO HIS FACE, HEAD, CHEST, BACK, WRISTS, LEGS AND TWO BROKEN FRONT TEETH, A FRACTURED JAW AND NOSE AND WAS URINATING BLOOD FOR 2-3 DAYS. IMMEDIATELY AFTER THE ASSAULT MEDICAL STAFF APPLIED OINTMENTS AND BANDAGES TO HIS WRISTS AND FACE, NO OTHER TREATMENT WAS GIVEN. HE WAS NEVER PROVIDED MEDICAL CARE FOR HIS EYE DISEASE, STOMACH PAINS AND TOOTHACHE. HE SUFFERED EXCRUCIATING PAIN DURING THE 24 HOURS ON RESTRAINTS. AND DEPRIVATION OF CONTACT WITH HIS LOVED ONES DURING THE COVID-19 PANDEMIC, DURING WHICH HIS GRANDFATHER DIED, CAUSED HIM ANGUISH AND MENTAL TORTURE. AND THE DEPRIVATION OF HIS LEGAL PROPERTY CAUSED HIM A POTENTIAL LESSER SENTENCE. AS WELL AS THE IMPROPER SANCTION OF A INCIDENT REPORT CAUSED HIM THE LOSS OF POTENTIAL GOOD TIME.

B. RELIEF: MENDOZA IS SEEKING MONETARY DAMAGES FOR NINE MONTHS OF PHYSICAL AND MENTAL ABUSE AND COUNTLESS CONSTITUTIONAL VIOLATIONS

AGAINST HIM BY THE DEFENDANT'S AND OTHERS. (HE HAS YET TO DETERMIN THE AMOUNT DUE TO HIS INEXPERIENCE IN CIVIL COMPLAINTS) FOR ALL THE DEFENDANTS TO BE LIABLE AND RELIEVED FROM THEIR POSTS TO PREVENT THEM FROM COMMITTING FUTURE CONSTITUTIONAL VIOLATIONS DURING THE COURSE OF THEIR EMPLOYMENT AND A SET POLICY FOR INMATES AT MDC BROOKLYN UNDER THE SAME MAX CUSTODY STATUS.

I DECLARE UNDER PENALTY OF PERJURY THAT ON 12/16/2020, I DELIVERED THIS COMPLAINT TO PRISON AUTHORITIES AT U.S PENITENTIARY LEWISBURG TO BE MAILED TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE/CORRECT.

DATED: 12/16/2020

*Rudy Mendoza*

UNITED STATES PENITENTIARY
LEWISBURG
P.O. BOX 1000, LEWISBURG PA.
17837

⑨