10/26/2020

*Rec. in dkt 2/25/21 rg

DEAR JUDGE DONNELLY.

GREETINGS TO YOU MA'AM, I FINALLY WAS ABLE TO RE-WRITE THE AMENDED COMPLAINT. I HAVE ASKED YOU TWICE BEFORE IF YOU COULD PLEASE APPOINT ME A LAWYER TO HELP ME IN THIS MATTER JUDGE, I ASK YOU AGAIN PLEASE, I DONT UNDERSTAND WHY YOU WONT GRANT MY REQUEST JUDGE, BUT ALL I CAN SAY IS THAT WHAT I AM DOING I AM DOING IN GOOD FAITH, MY CLAIMS WHETHER YOU AS A JUDGE SEE THEM AS VALID CLAIMS OR FRIVOLOUS, ARE AS REAL AND TRUE AS IT CAN GET, AND I WOULD EXPECT THAT YOU AS A JUDGE, A FAIR ONE I WOULD HOPE, WOULD HELP SUME ONE IN MY SITUATION GET TO THE BOTTOM OF THEM. BUT I HONESTLY FEEL LIKE YOU CAN'T WAIT TO GET ME OUT OF YOUR WAY JUDGE, IF SO, THEN I GUESS WHY YOU WONT APPOINT ME A LAWYER TO ASSIST ME IS OBVIOUS. I JUDGE, AND WITH ALL DUE RESPECT, HAVE SEEN AND BEEN A PART OF MY SHARE OF SYSTEMATIC RACISM. I HAVE BEEN ENTANGLED IN THE WEBS OF COURT APPOINTED LAWYERS, PROSECUTORS AND JUDGES THAT ALL THEY CARE ABOUT IS

CONVICTIONS, SO I WILL NOT BE SURPRISED IF YOU DISMISS MY CLAIMS THE FIRST CHANCE YOU GET, BUT I HOPE IM WRONG AND I HOPE THAT YOU TREAT MY CLAIMS WITH THE FAIRNESS THAT ANYONE EXPECTS.

I HAVE A ISSUE THAT I REALLY NEED A LAWYER TO ASSIST ME IN, AND THAT IS SUBPEONA MY MEDICAL RECORDS, WITNESSES AND A BACKGROUND CHECK ON THE DEFENDANT'S PRIOR MISCONDUCT THAT IS ESSENTIAL TO MY CASE JUDGE. I WOULDN'T BE ASKING OTHERWISE, THANK YOU JUDGE.

R. Mendez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK


RUDY MENDOZA — PLAINTIFF          DOCKET # 20-CV-03032

     VS.                                    (AMD) (SMG)


WARDEN D. EDGE                    AMENDED COMPLAINT

WARDEN TELLEZ

CAPTAIN J. WHITE

LIUTENANT REGINALD BARR

S.I.S TECHNICIAN L. PORTNOY — DEFENDANTS



I. THE PARTIES:

   A: RUDY MENDOZA (PLAINTIFF) ID # 90731-054

      METROPOLITAN DETENTION CENTER

         P.O. BOX 329002

      BROOKLYN, NEW YORK 11232


   B: LIST OF ALL DEFENDANTS:

      DEFENDANT NO. 1: WARDEN D. EDGE

                  METROPOLITAN DETENTION CENTER

                     P.O. BOX 329002

                  BROOKLYN, NEW YORK, 11232


(1)

DEFENDANT NO.2: WARDEN TELLEZ

METROPOLITAN DETENTION CENTER

P.O. BOX 329002

BROOKLYN, NEW YORK, 11232

DEFENDANT NO.3: CAPTAIN J. WHITE

METROPOLITAN DETENTION CENTER

P.O. BOX 329002

BROOKLYN, NEW YORK, 11232

DEFENDANT NO.4: LIUTENANT REGINALD BARR

METROPOLITAN DETENTION CENTER

P.O. BOX 329002

BROOKLYN, NEW YORK, 11232

DEFENDANT NO.5: S.I.S TECHNICIAN L. PORTNOY

METROPOLITAN DETENTION CENTER

P.O. BOX 329002

BROOKLYN, NEW YORK, 11232

II. STATEMENT OF CLAIM:

LOCATION OF INCIDENTS OCCURED: MDC BROOKLYN SPECIAL HOUSING UNIT, RANGE 3, RANGE 4

DATES OF INCIDENTS: BEGINNING 3/10/2020, 4/28/2020 AT APP. 12:41 P.M

②

FACTS OF INCIDENT: MR. RUDY MENDOZA IS AN INMATE CURRENTLY HOUSED AT MDC BROOKLYN. HE ARRIVED ON 3/10/2020 ON A WRITTEN ORDER ISSUED BY THE U.S SUPREME COURT. IMMEDIATELY AFTER ARRIVING HE WAS ESCORTED TO THE SHU BY LIEUTENANT V. TURNER AND GIVEN A DETENTION ORDER STATING THAT MENDOZA IS AN INMATE ON MAX CUSTODY STATUS AND NOT ALLOWED IN THE GENERAL POPULATION WITH THE REST OF THE INMATES. HE WAS PLACED ON SOLITARY CONFINEMENT, LIEUTENANT MOVEMENT AND RECREATION ALONE FOR AN INDETERMINATE AMOUNT OF TIME. SINCE HIS ARRIVAL ON 3/10/2020, MR MENDOZA HAS BEEN DEPRIVED OF MEDICAL CARE, DENTAL, LAW LIBRARY, PERSONAL PROPERTY (INCLUDING HIS LEGAL WORK) AS WELL AS COMMISSARY, TELEPHONE AND VISITATION PRIVILEGES, AND HE HAS BEEN SUBJECTED TO THE SAME PUNISHMENT AS THE INMATES IN THE GENERAL POPULATION AFTER RECEIVING AN INCIDENT REPORT AND SANCTIONED BY A HEARING OFFICER TO 30-60 DAYS OF DESIGNATED SHU TIME. EXCEPT THAT UNLIKE MENDOZA, THOSE INMATES GET RELEASED BACK INTO GENERAL POPULATION WHILE MENDOZA REMAINS IN THE SHU UNDER BRUTAL CONDITIONS DESPITE HIM MAINTAINING GOOD CONDUCT. MENDOZA CONTENDS THAT THE BUREAU OF PRISONS LONG AGO DECIDED THAT INMATES NOT ALLOWED IN G.P SOLELY BECAUSE OF THEIR CLASSIFICATION SHOULD NOT BE SUBJECTED TO UNNECCESARY PUNISHMENT. ESPECIALLY WITH A CASE PENDING IN COURT. MENDOZA FURTHER CONTENDS THAT HE CONTINUALLY ATTEMPTED TO ADDRESS HIS ISSUES VIA THE PRISON'S GRIEVANCE PROCEDURES BUT STAFF AT MDC WERE UNCOOPERATIVE AND COMPLETELY IGNORED HIS REQUESTS FOR THE FORMS TO FILE HIS CLAIMS, AS WELL AS HIS SICK-CALL SLIPS, LAW LIBRARY REQUESTS AND A COVID-19 TEST AFTER HE CAME DOWN WITH STRONG SYMPTOMS. MENDOZA THEN ADDRESSED WARDEN D. EDGE DURING HIS WEEKLY ROUNDS, WARDEN EDGE ASSURED MENDOZA THAT HE WOULD LOOK INTO EVERYTHING AS FAR AS MEDICAL, LAW LIBRARY BUT STATED THAT MENDOZA WAS

③

NOT THE ONLY ONE WITH COVID-19 SYMPTOMS, AND THAT HE WAS NOT GOING TO ALLOW HIM HIS PERSONAL AND LEGAL PROPERTY, TELEPHONE, COMMISSARY AND VISITATION PRIVILEGES UNLESS CAPTAIN WHITE, WHO IS IN CHARGE OF SECURITY, AGREED. WARDEN O.EDGE RETIRED SOME TIME AROUND JULY—AUGUST OF 2020. BUT MENDOZA'S SICK CALL AND LAW LIBRARY REQUESTS CONTINUED TO BE IGNORED. MENDOZA ALSO ADDRESSED CAPTAIN WHITE ABOUT HIS PRIVILEGES, CAPTAIN WHITE ALONG WITH S.I.S PORTNOY SPOKE TO MENDOZA IN AN OFFICE IN RANGE 3 AND AFTER MENDOZA REFUSED TO PROVIDE THEM WITH INFORMATION THAT HAD NOTHING TO DO WITH HIS CONDITIONS, CAPTAIN WHITE RESPONDED BY SAYING THAT HE WOULD NOT ALLOW HIM NOTHING UNLESS HE TOLD HIM WHAT HE WANTED TO KNOW. MENDOZA INSISTED THAT HE COULD NOT PROVIDE THEM INFORMATION EVEN IF HE WANTED TO BECAUSE OF THE DANGER THAT IT WOULD PUT HIM IN AND MENTIONED THAT OTHER INMATES OF HIS STATUS IN THE SHU WERE BEING ALLOWED THEIR PRIVILEGES AND THAT THE MDC RULE BOOK DID NOT MENTION ANYTHING ABOUT MAX CUSTODY INMATES, AND CAPTAIN WHITE STATED THAT HE COULD DO WHATEVER HE WANTED INCLUDING APPROVE OR DENY HIM HIS PRIVILEGES. NOT ONLY DID HE DEPRIVE MENDOZA, BUT SHORTLY AFTERWARDS HE DISCONTINUED EVERYONE ELSE'S PRIVILEGES WITH THE INTENTION OF CREATING TURMOIL BETWEEN THEM AND MENDOZA. ON 4/28/2020 WHILE MENDOZA WAS RECOVERING FROM COVID-19 LIKE SYMPTOMS, SEVERAL CORRECTION OFFICERS FROM SEVERAL FACILITIES AROUND THE COUNTRY ARRIVED AT MDC FOR RELIEF DUE TO THE PANDEMIC. THIS INCLUDED HIGH RANKING OFFICERS, INCLUDING LIUTENANTS. AFTER BEING DENIED MEDICAL ATTENTION AND A COVID-19 TEST, MENDOZA, OUT OF DESPERATION AND WITH THE HOPES TO GET THE ATTENTION FROM LIUTENANTS FROM OTHER INSTITUTIONS, LIT A FIRE INSIDE HIS CELL AS A PEACEFUL AND HARMLESS WAY TO GET MEDICAL ATTENTION, THEN HE SHOUTED FOR THEM TO COME TO HIS CELL, THE C.O'S ARRIVED AND WITHOUT DIFFICULTY EXTINGUISHED

(4)

THE SMALL FIRE. THEY ORDERED MENDOZA TO SUBMIT TO RESTRAINTS, MENDOZA ALREADY WEAK BUT MOSTLY RECOVERED FROM THE SYMPTOMES COMPLIED WITHOUT RESISTANCE, YET AFTER HE WAS HANDCUFFED THE RESPONDING OFFICERS OPENED HIS DOOR AND IMMEDIATELY SLAMMED HIM FACE FIRST INTO THE CONCRETE FLOOR AND CONTINUED TO PUNCH HIM IN HIS FACE AND HEAD. THEY PUT SHACKLES ON HIS LEGS AND THEN DRAGGED HIM OUT OF THE RANGE AND INTO A HOLDING CELL WHERE THEY CONTINUED TO BEAT HIM WHILE HANDCUFFED AND SHACKLED. S.I.S PORTNOY WAS THE PRIMARY C.O WHO ASSAULTED MENDOZA WHILE INSIDE THE HOLDING CELL, WHILE LIUTENANT REGINALD BARR, WHO IS THE SHU LIUTENANT OVERSAW THE ENTIRE INCIDENT AND ALSO TOOK PART IN THE PHYSICAL ABUSE WHEN IT CONTINUED IN CELL 2, IN RANGE 3 AFTER THEY LITERALLY THREW MENDOZA FACE FIRST INTO THE CELL WHILE MENDOZA REMAINED HANDCUFFED AND SHACKLED WITH A METAL CHAIN AROUND HIS STOMACH THAT IMPEDES MOVEMENT. LIUTENANT BARR ORDERED THAT MENDOZA REMAIN IN RESTRAINTS WITHOUT A MATTRESS FOR OVER 24 HOURS IN AN OBSERVATION CELL WHERE THE CAMERA WAS INOPERATIVE. ON MAY 8, 2020 MENDOZA WAS ALLOWED A PHONECALL AND RECEIVED THE NEWS THAT HIS COUSIN HAD PASSED AWAY. MENDOZA ATTEMPTED TO SEND $4,000 OUT OF HIS PRISON ACCOUNT TO HELP PAY FOR HIS COUSIN'S FUNERAL AND OTHER EXPENSES DUE TO THE PANDEMIC, MDC STAFF WAS ONCE AGAIN UNCOOPERATIVE AND UNWILLING TO ASSIST MENDOZA IN THE MATTER. MENDOZA WAS GIVEN A FORM BY ANOTHER INMATE AND HANDED THE FORM TO COUNSELOR D. MCBANE WHO STATED THAT HE WOULD SUBMIT IT TO THE WARDEN FOR APPROVAL. WEEKS PASSED BY WITH NO RESULTS, MENDOZA THEN FILLED OUT ANOTHER FORM AND HANDED IT TO S.I.S PORTNOY WHO ASSURED HIM THAT IT WOULD GET PROCESSED, AGAIN MONTHS PASSED BY WITH NO RESULTS, MENDOZA ATTEMPTED TO ADDRESS THE WARDEN ON HIS WEEKLY ROUNDS AND THE WARDEN SIMPLY IGNORED HIM EVERY TIME. ON A PHONECALL AROUND 6/7/2020 WITH MENDOZA'S SISTER

⑤

HE LEARNED THAT HIS GRANDFATHER WAS IN THE HOSPITAL ON A VENTILATOR AFTER BEING DIAGNOSED WITH COVID-19, MENDOZA ONCE AGAIN ATTEMPTED TO SEND HIS SISTER THE MONEY FROM HIS ACCOUNT IN CASE HIS GRANDFATHER DID NOT SURVIVE THE VIRUS AND HE ALSO REQUESTED CAPTAIN WHITE FOR A SPECIAL PHONECALL TO REMAIN IN CONTACT WITH HIS SISTER WHILE HIS GRANDFATHER WAS FIGHTING FOR HIS LIFE. AFTER ALL, THE BOP DIRECTOR M. CARVAJAL HAD APPROVED AN INCREASE FROM 300 MONTHLY PHONE MINUTES TO 500 A MONTH TO ENSURE THAT INMATES REMAINED IN CONTACT WITH THEIR LOVED ONE'S DURING THE PANDEMIC. MENDOZA BEING IN SOLITARY CONFINMENT SOLELY BECAUSE OF HIS STATUS REQUESTED TO CAPTAIN WHITE ADDITIONAL PHONE MINUTES AS WELL AS APPROVAL FOR RELEASE OF FUNDS FROM HIS ACCOUNT, HE WAS DENIED ONCE AGAIN. MENDOZA HAD NO OTHER ALTERNATIVE BUT TO WAIT ALMOST A MONTH FOR HIS NEXT PHONECALL, HE CANNOT DESCRIBE THE STRESS AND ANXIETY HE EXPERIENCED DURING THAT PERIOD WHILE HE WAITED TO HEAR THE NEWS OF HIS GRANDFATHER'S HEALTH ONLY TO BE TOLD BY HIS SISTER THAT THEIR GRANDFATHER HAD PASSED AWAY THREE DAYS AFTER HIS LAST PHONECALL. HE WAS TOLD THAT THEY CALLED THE FACILITY TO REQUEST THAT THEY DELIVER MENDOZA THE NEWS, BUT HE WAS NEVER TOLD, WHEN MENDOZA ASKED CAPTAIN WHITE HE RESPONDED THAT THEY ONLY DELIVERED THE NEWS WHEN IT WAS AN IMMEDIATE FAMILY MEMBER. MENDOZA CLAIMS THAT BESIDES THE PHYSICAL PAIN HE SUFFERED AT THE HANDS OF MDC STAFF, PRIMARILY S.I.S PORTNOY AND LIUTENANT REGINALD BARR, DURING THE PHYSICAL ASSAULT WHILE HANDCUFFED AND SHACKLED, THE MENTAL ANGUISH HE ENDURED BY NOT BEING ALLOWED TO COMMUNICATE WITH HIS LOVED ONE'S DURING THE COVID-19 PANDEMIC LIKE THE REST OF THE INMATES WHO MAINTAIN GOOD CONDUCT. AS WELL AS THE DEPRIVATION OF MEDICAL, WHICH INCLUDES A CHRONIC EYE DISEASE CALLED KERATONUS AND AN UNKNOWN LIVER CONDITION AND THE BROKEN TEETH, HEAD INJURIES, FRACTURED JAW

⑥

AND NOSE, AND THE INTERNAL BLEEDING THAT CAUSED HIM TO URINATE BLOOD FOR OVER 3 DAYS, AND THE DEPRIVATION OF HIS PERSONAL AND LEGAL PROPERTY EVEN THOUGH HE'S IN MDC ON A WRITTEN COURT ORDER. ISSUED BY THE U.S SUPREME COURT. AND THE DEPRIVATION OF LAW LIBRARY, COMMISSARY, TELEPHONE AND VISITATION PRIVILEGES. FURTHERMORE, MENDOZA CLAIMS THAT AT TRIAL HE WILL PROVE THAT HE HAS BEEN TARGETED AND CONSPIRED AGAINST BY WARDEN D.EDGE AND NOW WARDEN TELLEZ WHO HAS REPLACED THE RETIRED D.EDGE, AND CAPTAIN J.WHITE WHO IS IN CHARGE OF SECURITY AT MDC BROOKLYN AS WELL AS IN MCC MANHATTAN. THROUGH PHYSICAL AND CIRCUMSTANTIAL EVIDENCE AND WITNESS TESTIMONY AS WELL, MENDOZA INTENDS TO PROVE THE COUNTLESS CONSTITUTIONAL VIOLATIONS COMMITED BY THE DEFENDANT'S AGAINST MENDOZA, AND OTHERS OF THE SAME "MAX CUSTODY" STATUS —— ALTHOUGH TO A LESSER DEGREE— AS WELL. HE INTENDS TO PROVE HOW MDC STAFF UNKNOWN TO MENDOZA, HAVE CONSISTENTLY VIOLATED HIS CONFIDENTIAL LEGAL MAIL STAMPED WITH THE "CONFIDENTIAL" STAMP NOT ONLY FROM HIS LAWYER. BUT FROM JUDGE DONNELLY'S OWN COURT AS WELL, OF HIS INCOMING MAIL, INCLUDING BOOKS AND MAGAZINES SENT BY HIS SISTER THRU AMAZON THAT HAVE BEEN DENIED TO HIM BUT NOT SENT BACK TO THE COMPANY, AND OF WHICH MENDOZA HAS NEVER RECEIVED A NOTICE OF REJECTION. OF HIS OUTGOING MAIL AS WELL, INCLUDING LETTERS ADDRESSED TO HIS LAWYER AND GRIEVANCES TO THE BOP REGION IN PHILADELFIA THAT NEVER REACHED THEIR DESTINATION. OF THE DISCIPLINARY HEARING FOR THE 4/28/2020 FIRE IN MENDOZA'S OWN CELL WHICH RESULTED IN A INCIDENT REPORT, AND THE HEARING THAT WAS IMPROPERLY CONDUCTED BY D.H.O GONZALES AND LIUTENANT REGINALD BARR. AND TO WHICH MENDOZA OBJECTED TO BUT WAS IGNORED AND RESULTED IN THE LOSS OF 45 DAYS LOSS OF GOODTIME, LIUTENANT REGINALD BARR. KNOWING THAT THE INCIDENT REPORT WAS PAST THE EXPIRATION

DATE AND HAD BEEN IMPROPERLY FILED WITHOUT THE UDC PAPERS WHICH ENTITLE MENDOZA TO CALL WITNESSES ON HIS BEHALF AS WELL AS HIS RIGHT TO APPEAL THE INCIDENT REPORT, STILL URGED D.H.O GONZALES TO SANCTION HIM. MENDOZA INTENDS TO CALL WITNESSES, INCLUDING MDC STAFF, TO TESTIFY ABOUT THE CONDITIONS IN THE SHU AND OF THE A&O HANDBOOK ABOUT THE RULES AND REGULATIONS THAT COMPLETELY LACK A POLICY ON INMATES OF "MAX CUSTODY" STATUS AND WHICH THEY CONSISTENTLY VIOLATE AND CONTRADICT MORE THAN THE INMATES. MENDOZA INTENDS TO PROVE THAT THE DEFENDANTS KNOWINGLY AND DELIBERATEDLY ABUSE THEIR POWER OVER THE INMATES AND IN SEVERAL INSTANCES HAS RESULTED IN THE DEATH OF INMATES. AND THAT THEY DO SO WITH IMPUNITY AND ZERO REGARD FOR THE WELL BEING OF THE SHU INMATES KNOWING THAT THEY WILL NOT BE HELD ACCOUNTABLE. MENDOZA ASSURES THE COURT, THAT THE VIDEO SURVEILLANCE FROM THE 4/28/2020 ASSAULT BY MDC STAFF — INCLUDING S.I.S PORTNOY AND LIEUTENANT BARR —, THE MDC RULEBOOK, MENDOZA'S OWN MEDICAL RECORDS, AS WELL AS TESTIMONY FROM INMATES AND MDC STAFF WILL PROVE BEYOND A REASONABLE DOUBT THE CHARGES AGAINST THE DEFENDANTS.

11. A: INJURIES: MENDOZA SUFFERED LACERATIONS AND BRUISES TO HIS FACE, HEAD, CHEST, BACK, WRISTS AND LEGS. HE ALSO SUFFERED A FRACTURED JAW, AND NOSE AND WAS URINATING BLOOD FOR ATLEAST 3 DAYS AS A RESULT OF THE 4/28/2020 ASSAULT. MENDOZA'S MEDICAL HISTORY SHOWS A CHRONIC EYE DISEASE CALLED KERATOCONUS WHICH SHOWS THAT MENDOZA IS ESSENTIALLY BLIND FROM HIS RIGHT EYE AND HAS VERY POOR SIGHT FROM HIS LEFT EYE FOR WHICH MENDOZA HAS BEEN DEPRIVED TREATMENT, HE ALSO SUFFERS FROM A STILL UNKNOWN BUT PAINFUL LIVER CONDITION NOT BEING TREATED

III. RELIEF: MENDOZA IS SEEKING MONETARY DAMAGES NOT YET DETERMINED, FOR THE PHYSICAL PAIN HE SUFFERED AS WELL AS FOR THE MENTAL ANGUISH HE ENDURED DUE TO THE MALICIOUS AND DELIBERATE NEGLIGENCE BY MDC STAFF. MENDOZA ALSO REQUESTS THAT THE DEFENDANT'S BE RELIEVED FROM THEIR POSTS AND REPRIMANDED TO PREVENT THEM FROM COMMITTING FUTURE CONSTITUTIONAL VIOLATIONS DURING THE COURSE OF THEIR EMPLOYMENT.

I DECLARE UNDER PENALTY OF PERJURY THAT ON 10/26/2020, I DELIVERED THIS COMPLAINT TO PRISON AUTHORITIES AT MDC BROOKLYN TO BE MAILED TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*Rudy Mendoza* #90731-054     DATED: 10/26/2020

METROPOLITAN DETENTION CENTER
P.O. BOX 329002
BROOKLYN, NEW YORK 11232

(9)